```
CONSUMER PORTFOLIO SERVICES (CPS)
P.O. BOX 57071
IRVINE, CALIFORNIA 92619-7071
Ph: (800) 342-9248  Fax: (949)788-5801
```

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | ) Case No.: No. 06-50048 |
| | ) |
| JAMES E NICHOLAS JR | ) Chapter 13 |
| Debtor(s) | ) |
| | ) **NOTICE TO WITHDRAW A CLAIM FOR** |
| | ) **CREDITOR – CONSUMER PORTFOLIO** |
| | ) **SERVICES (CPS)** |

NOTICE IS HEREBY GIVEN TO DEBTOR'S ATTORNEY AND TRUSTEE: that SEAWEST FINANCIAL, is withdrawing claim # 19 Filed 3/28/06

Dated: 6/26/2006

/S/   HEIDI SABET
      BANKRUPTCY REPRESENTATIVE