## Letter of Authorization

This Letter of Authorization confirms that **Consumer Portfolio Services, Inc.** ("CPS") has been duly authorized to take all actions relating to motor vehicle retail installment contracts and motor vehicle titles that name any the following as payee, secured party or "legal owner":

SeaWest Financial Corp.  
SeaWest Funding Corporation  
SeaWest Receivables Corporation I  
"Sea West"

This Letter of Authorization also covers any motor vehicle retail installment contracts and motor vehicle titles that name a motor vehicle dealer or other person as payee, secured party or "legal owner," and as to which any of the SeaWest entities above holds a power of attorney from the dealer or other person.

CPS may, in its own name, as if it were the named secured party or named payee,

- Assign certificates of title
- Authorize others to repossess vehicles
- Sell repossessed vehicles, through dealer auctions or otherwise
- Take possession of vehicles, from impound or otherwise
- Collect and receive payments on installment contracts
- Make, adjust and settle insurance, warranty and service contract claims
- File proofs of claim and/or seek relief from stay in bankruptcy proceedings
- File suit against obligors
- Enforce obligations of originating dealers under such dealers' agreements with Sea West Financial Corp.

and may generally treat the retail installment contracts as if they were payable directly to CPS, and generally treat certificates of title as if they named CPS as the secured party.

A copy of this Letter of Authorization shall be as effective as an original.

IN WITNESS WHEREOF, we have executed this Letter of Authorization as of April 2, 2004

SEAWEST FINANCIAL CORP.  
SEAWEST FUNDING CORPORATION  
SEAWEST RECEIVABLES CORPORATION I

By: _____  Attest: _____  
(Vice) President                          Secretary

State of California       )  
County of Los Angeles )

On April 20, 2004 before me, H. A. Giorgianni, a notary public, personally appeared Ken Terkel and Jeffrey P. Fritz, personally known to me to be the persons whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their authorized capacities, and that by their signature(s) on the instrument the entities upon behalf of which the persons acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____

H. A. GIORGIANNI  
Commission # 1408702  
Notary Public - California  
Los Angeles County  
My Comm. Expires Apr 1, 2007